ROSE T. KIRK, PLAINTIFF-PETITIONER, v. HUGH P. KIRK, DEFENDANT.

See same case below: 39 *N. J. Super.* 341.

*Mr. Otto E. Adolph* and *Mr. Frederick C. Vonhof* for the petitioner.

April 30, 1956. Denied.

THE JOURNEYMEN BARBERS, *ETC.*, LOCAL UNION 687, PLAINTIFF-RESPONDENT, v. ROY POLLINO, *ET AL.*, DEFENDANTS-PETITIONERS.

See same case below: 39 *N. J. Super.* 250.

*Mr. Samuel V. Convery* and *Mr. Sam Weiss* for the petitioners.

*Messrs. Rothbard, Harris and Oxfeld* and *Mr. Abraham L. Friedman* for the respondent.

April 30, 1956. Granted.